UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>M&S CREAM INC.,<br><br>        Defendant. | Case No. 21-cv-03742-DMR<br><br>**ORDER STRIKING DOCKET ENTRIES AND DIRECTING THE PARTIES TO MEET AND CONFER AND SUBMIT A JOINT STATUS REPORT**<br><br>Re: Dkt. Nos. 20, 21, 22, 23 |

On October 21, 2021, this matter was referred to Magistrate Judge Kandis A. Westmore for settlement after Plaintiff Scott Johnson filed a Notice of Need for Mediation. [Docket No. 21.] However, it has not escaped the court's notice that the parties violated the court's October 19, 2021 Order directing them to "meet and confer by no later than 10/22/2021 and . . . file a joint status report by no later than 10/29/2021." [Docket No. 19.] Instead of complying with the order and filing a joint status report, the parties filed a series of unilateral submissions and bickered with each other about the content of those submissions. [*See* Docket Nos. 20-23.] Accordingly, the court hereby STRIKES docket entries 20, 21, 22, and 23. **The parties shall meet and confer in accordance with the court's October 19, 2021 order and shall comply with all aspects of General Order 56, including Section 5(b). The parties shall file a joint status report by no later than November 1, 2021.** Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: October 25, 2021



_____
Donna M. Ryu
United States Magistrate Judge